IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41137
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAMES FRANKLIN HEATER,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-46-ALL
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for James Franklin Heater, the
federal public defender (FPD), has filed a motion to withdraw as
counsel and a brief as required by Anders v. California, 386 U.S.
738, 744 (1967).  Heater has not filed a response to counsel's
motion and brief.  Our independent review of counsel's brief and
the record on appeal discloses no nonfrivolous issues.
Accordingly, counsel's motion to withdraw is GRANTED, and the
APPEAL IS DISMISSED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.